**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  06-cr-00380-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  LUIS DELGADO-PEREZ,
      a/k/a Alvara Huinac

      Defendant.

---

**MINUTE ORDER**[1]

---

      Due to a conflict arising on the court's calendar, the trial of 06-cr-00189-REB *USA v. Lameman* taking place in Durango, Colorado, the change of plea hearing previously set in this matter for March 9, 2007, is **VACATED** and **RESET** to **March 30, 2007**, at 11:00 a.m.  The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated:  February 26, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.